**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR385** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MICHAEL HAWKINS** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [14].  The parties are seeking additional time to make further attempts to resolve this matter short of trial.  For good cause shown,

     **IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [14] is granted, as follows:

1. The jury trial, now set for July 14, 2020, is continued to **October 6, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 6, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  July 10, 2020.**

                           **BY THE COURT:**


                           **s/ Michael D. Nelson**
                           **United States Magistrate Judge**